of Appeals for the Ninth Circuit denied. *Messrs. J. A. Hellenthal* and *Morven Thompson* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for the United States.

No. 841. ALBERT V. T. DAY *v.* UNION SWITCH AND SIGNAL COMPANY. March 7, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles S. Jones* and *William S. Pritchard* for petitioner. *Mr. Ralph L. Scott* for respondent.

No. 845. WILLIAM F. ALLEN AND W. HERBERT HALL, COPARTNERS, ETC., ET AL. *v.* NEW YORK, PHILADELPHIA AND NORFOLK RAILROAD COMPANY, PENNSYLVANIA RAILROAD COMPANY, ET AL. March 7, 1927. Petition for writ of certiorari to the Circuit Court for the Fourth Circuit denied. *Mr. James E. Heath* for petitioners. *Messrs. Frederic D. McKenney, John S. Flannery, George R. Allen,* and *Henry W. Biklé* for respondents.

No. 846. GUSTAVUS A. BUDER AND OSCAR E. BUDER *v.* EHRHARDT W. FRANZ. March 7, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Gustavus A. Buder* and *Oscar E. Buder, pro se. Messrs. S. Mayner Wallace* and *Allen McReynolds* for respondent.

No. 847. WHITE OAK COAL COMPANY *v.* UNITED STATES. March 7, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Addison C. Burnham, John W. Davis,* and *Robert S. Spilman* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Messrs. Alfred A. Wheat,* and *Howard W. Ameli* for the United States.